```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-6-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
HARMEEN JONES,

                Plaintiff,

      v.

FOX NEWS NETWORK, LLC

                Defendant.
----------------------------------------x

10 Civ. 07967 (PKC)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties, that this action, having been amicably resolved, is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41, the parties to bear their own costs and attorneys' fees.

Dated: November 21, 2011

RANKIN & TAYLOR

By: _____
Steve Vaccaro
350 Broadway
New York, New York 10013
Tel: (212) 984-7700
Attorneys for Plaintiff

EPSTEIN BECKER & GREEN, P.C.

By: _____
Barry Asen
250 Park Avenue
New York, New York 10177-1211
(212) 351-4847
Attorney for Defendant

SO ORDERED:
_____
U.S.D.J.
12-6-11